# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, | CASE NO. CV F 10-2007 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 30.) |
| LEFFINGWELL AG SALES CO., INC., et al., | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   May 13, 2011                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1